# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BRYAN HOLTZCLAW,

    Plaintiff,

v.

LAXALT, et al,

    Defendants.

Case No. 2:19-cv-00041-RFB-NJK

**ORDER TO PRODUCE BRYAN HOLTZCLAW, #73459**

TO:   MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **BRYAN HOLTZCLAW, #73459,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **BRYAN HOLTZCLAW, #73459,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Wednesday, March 11, 2020, at the hour of 2:00 PM, in LV Courtroom 7C to attend a status hearing in the instant matter, until the said **BRYAN HOLTZCLAW, #73459,** is released and discharged by the said Court; and that

said **BRYAN HOLTZCLAW, #73459,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 28th day of February, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**