UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>                           Plaintiff<br><br>    v.<br><br>ADAM LAXALT et al.,<br><br>                           Defendants | Case No.  2:19-cv-00041-RFB-NJK<br><br>ORDER<br><br>(Docket Nos. 6, 7) |

In January 2020, Plaintiff, then *pro se*, filed a motion for leave to file excess pages in his motion for preliminary injunction.  Docket No. 6.  Plaintiff also filed a motion to assert supplemental jurisdiction.  Docket No. 7.

The Court GRANTS the motion to file excess pages in his motion for preliminary injunction.  Docket No. 6.  The Court DENIES the motion to assert supplemental jurisdiction, Docket No. 7, for the reasons discussed in the screening order dismissing those claims.  *See* Docket No. 14 at 9-10.

The Court also extends the stay until two days after the inmate early mediation conference takes place.  The status report is due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery.  Further, the parties are not required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons,

IT IS ORDERED that the motion for leave to file excess pages, Docket No. 6, is GRANTED.

IT IS FURTHER ORDERED that the motion to assert supplemental jurisdiction, Docket No. 7, is DENIED.

1        IT IS FURTHER ORDERED that the stay is extended until two days after the inmate early
2   mediation conference.
3        IT IS FURTHER ORDERED that the Office of the Attorney General will file the report
4   form regarding the results of the stay two days after the inmate early mediation conference.
5        IT IS SO ORDERED.
6        DATED:  June 30, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE