AARON D. FORD
 Attorney General
D. RANDALL GILMER, Bar No. 14001
 Chief Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701
Tel: (775) 684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, Gregory Bryan, James Dzurenda,
Monique Hubbard-Pickett, Adam Laxalt, Brian Sandoval,
Georges-Pele Taino and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LAXALT, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00041-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

　　　　Plaintiff, Bryan Holtzclaw and Defendants, Romeo Aranas, Gregory Bryan, James Dzurenda, Monique Hubbard-Pickett, Adam Laxalt, Brian Sandoval, Georges-Pele Taino and Brian Williams, (Defendants) by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Defendants to file a responsive pleading by an additional thirty (30) days, extending the deadline from November 2, 2020 to December 2, 2020. This is the first stipulation for extension of time for Defendants to file a responsive pleading.

　　　　This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

　　　　Counsel for Defendants initiated this request due to conflicting deadlines in other cases. Specifically, counsel Douglas R. Rands has two responses to Motions for Summary Judgment due in another matter, Miller v Aranas, USDC 3:17-cv-00068-MMD-WGC. The demands of completing

motion work in this, and other matters, has interfered with counsel's ability to complete the responsive pleading in this matter. Accordingly, counsel requires additional time to adequately represent Defendants' interests in this matter.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Responsive Pleading to up to and including December 2, 2020.

IT IS SO STIPULATED.

DATED this 2nd day of November, 2020.                    DATED this 2nd day of November, 2020.

McLETCHIE LAW                                                            ATTORNEY GENERAL'S OFFICE
                                                                                           AARON D. FORD, Nevada Attorney General


By: __/s/ Alina M. Shell_____          By: __/s/ Douglas R. Rands_____
    Margaret A. McLetchie, Bar No. 10931                Douglas R. Rands, Bar No. 3572
    Alina M. Shell, Bar No. 1711                                  Senior Deputy Attorney General
    701 E. Bridger Avenue, Suite 520                       100 N. Carson Street
    Las Vegas, NV 89101                                            Carson City, NV 89701-4717

*Attorneys for Plaintiff*                                                *Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: November 3, 2020