MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Bryan Holtzclaw*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM LAXALT, *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-00041-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE (ECF No. 45)**<br>**(FIRST REQUEST)** |

Plaintiff Bryan Holtzclaw and Defendants Romeo Aranas, Gregory Bryan, James Dzurenda, Monique Hubbard-Pickett, Adam Laxalt, Brian Sandoval, Georges-Pele Taino and Brian Williams, ("Defendants") by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines in briefing schedule (ECF No. 45) by an additional fourteen (14) days, extending the following deadlines:

- Plaintiff Bryan Holtzclaw's Brief from November 19, 2020 to December 3, 2020;
- Defendants' Response from December 4, 2020 to December 18, 2020; and
- Plaintiff Bryan Holtzclaw's Reply from December 11, 2020 to December 28, 2020.

This is the first request for an extension of time for briefing scheduling. This Request for an extension of time is not sought for any improper purpose or other purpose of

1

delay. This request for a brief extension of time is necessary because of competing obligations in other matters. Specifically, counsel has been obligated to take a deposition on November 19, 2020 of a named defendant in a civil rights matter; discovery in that matter is scheduled to close on December 18, 2020, and November 19, 2020 was the only date the defendant and his counsel were available prior to the close of discovery. Additionally, Plaintiff's counsel has been appointed as Monitors for the Consent Decree entered in *In re: HCV Prison Litigation*, Case No. 3:19-cv-0577-MMDCLB, and is working to obtain replacement pro bono counsel. Thus, this brief extension of time is necessary to ensure that Plaintiff's interests are adequately represented in this matter. Absent exigent circumstances, Plaintiff will not seek any additional extensions of time related to the instant briefing.

IT IS SO STIPULATED.

DATED this 19th day of November, 2020.          DATED this 19th day of November, 2020.

**MCLETCHIE LAW**                                **ATTORNEY GENERAL'S OFFICE**

/s/ Alina M. Shell                               /s/ Douglas R. Rands
Margaret A. McLetchie, NBN 10931                 Aaron D. Ford, Nevada Attorney General
Alina M. Shell, NBN 11711                        Douglas R. Rands, Nevada Bar No. 3572
701 E. Bridger Ave., Suite 520                   100 N. Carson Street
Las Vegas, NV 89101                              Carson City, Nevada 89701-4717
*Attorneys of Plaintiff Bryan Holtzclaw*         *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of December, 2020.