AARON D. FORD
 Attorney General
D. RANDALL GILMER, Bar No. 14001
 Chief Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701
Tel: (775) 684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, Gregory Bryan, James Dzurenda,
Monique Hubbard-Pickett, Adam Laxalt, Brian Sandoval,
Georges-Pele Taino and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAXALT, et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00041-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE BRIEFING SCHEDULE (ECF No. 45)**<br><br>**(FIRST REQUEST)** |

Plaintiff Bryan Holtzclaw and Defendants Romeo Aranas, Gregory Bryan, James Dzurenda, Monique Hubbard-Pickett, Adam Laxalt, Brian Sandoval, Georges-Pele Taino and Brian Williams, ("Defendants") by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines in briefing schedule (ECF No. 45) by an additional thirty (30) days, extending the following deadlines:

• Defendants' Response from December 18, 2020 to January 18, 2021; and

• Plaintiff Bryan Holtzclaw's Reply from December 28, 2020 to January 28, 2021.

This is the first request for an extension of time for the responsive briefing scheduling. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for a brief extension of time is necessary because of competing obligations in other matters. Specifically, counsel has Motions for Summary Judgment due the week this brief is due in one other matter, Friedman v Dzurenda, Case Number 3:18-cv-00383-MMD-WGC which took a considerable

1

amount of time. Several of the necessary parties have been out sick recently. In addition, there was an opposition to Motion for Summary Judgment in a state case due this week. Finally, the holidays are approaching. Therefore, this brief extension of time is necessary to ensure that Defendants' nterests are adequately represented in this matter. Absent exigent circumstances, Defendant will not seek any additional extensions of time related to the instant briefing.

IT IS SO STIPULATED.

DATED this 18th day of December, 2020.   DATED this 18th day of December, 2020.

MCLETCHIE LAW                             AARON D. FORD
                                          Attorney General

By: */s/ Alina M. Shell*                  By: */s/ Douglas R. Rands*
    Margaret A. McLetchie, Bar No. 10931      Douglas R. Rands, Bar No. 3572
    Alina M. Shell, Bar No. 11711             Senior Deputy Attorney General
    701 E. Bridger Ave., Suite 520            100 N. Carson Street
    Las Vegas, NV 89101                       Carson City, NV 89701

*Attorneys for Plaintiff*                 *Attorneys for Defendant*

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of December, 2020.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 18th day of December, 2020, I caused a copy of the foregoing, **STIPULATION TO EXTEND RESPONSIVE BRIEFING SCHEDULE (ECF No. 45) (FIRST REQUEST),** to served, by U.S. District Court CM/ECF Electronic Filing on the following:

Margaret A. McLetchie, Bar No. 10931
Alina M. Shell, Bar No. 11711
McLetchie Law
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
maggie@nvlitigation.com

　　　　　　　　　　　　　　　　　　　____/s/ Roberta W. Bibee_____
　　　　　　　　　　　　　　　　　　　An employee of the
　　　　　　　　　　　　　　　　　　　Office of the Attorney General

3