UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRYAN HOLTZCLAW, | Case No. 2:19-cv-00041-RFB-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LAXALT., *et al.*, | |
| Defendants. | |

IT IS ORDERED that [ECF No. 59] Motion to Withdraw as Attorney is GRANTED. Good cause appearing, IT IS ORDERED that this case is referred for appointment of PRO BONO Counsel.

DATED: January 14, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**