# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>  Plaintiff,<br><br>v.<br><br>ADAM LAXALT, et al.,<br><br>  Defendants. | Case No.: 2:19-cv-00041-RFB-NJK<br><br>**Order**<br><br>[Docket No. 96] |

Pending before the Court is Plaintiff's motion to extend the discovery deadlines by ninety days. Docket No. 96. No response was filed. *See* Docket. A request to extend deadlines in the Court's scheduling order must be supported by a showing of good cause for the extension. LR 26-3; *see also Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992). The request must also include a statement specifying the discovery completed, a specific description of the discovery that remains to be completed, the reasons why the deadline was not satisfied within the time limits set by the Court, and a proposed schedule for completing all remaining discovery. LR 26-3.

Plaintiff requests a 90-day extension because of public health restrictions related to COVID-19 at High Desert State Prison have limited his access to both the prison's law library and his ability to consult with his inmate substitute counsel. Docket No. 96 at 1-2. Plaintiff provides none of the required showings under the Local Rules; however, as a one time courtesy because the Court construes the filings of *pro se* parties liberally, the Court will grant his request. Plaintiff must comply with the Local Rules in future filings.

Accordingly, the Court **GRANTS** Plaintiff's motion to extend the discovery deadlines. Docket No. 96. The remaining discovery deadlines are **RESET** as follows:

- Discovery cut-off: February 1, 2022
- Dispositive motions: March 3, 2022

1

- Joint Pretrial order: April 4, 2022, 30 days after resolution of dispositive motions, or further Court order.

IT IS SO ORDERED.

Dated: November 23, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE