Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Plaintiff Bryan Holtzclaw

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Holtzclaw,<br><br>    Plaintiff,<br><br>    v.<br><br>Romeo Aranas in his individual capacity; Gregory Bryan in his individual capacity; Bob Faulkner in his individual capacity; Monique Hubbard-Pickett in her individual capacity; Georges-Pele Taino in his individual capacity; Nonilon Peret in her individual capacity; Gregory Martin in his individual capacity; Michael Minev in his individual capacity<br><br>    Defendants. | Case No. 2:19-cv-00041-RFB-NJK<br><br>**Stipulation and Order Allowing Plaintiff to File Second Amended Complaint** |

1  Mr. Holtzclaw filed his First Amended Complaint on April 21, 2021.  ECF No.
2  78.  After appointing counsel, ECF No. 124, the Court issued a scheduling order
3  expressing that he shall file a motion to amend the complaint, or an amended
4  complaint by stipulation of the parties, by August 23, 2023.  ECF No. 131 at 2.

5  Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, which governs
6  other amendments, "a party may amend its pleadings only with the opposing
7  party's written consent or the court's leave.  The court should freely give leave when
8  justice so requires."  This rule "should be interpreted with 'extreme liberality.'"
9  *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990) (quoting *United
10 States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981)).

11 Here, allowing amendment is appropriate given the procedural posture of the
12 case and other factors.  *See, e.g.*, *King v. Ryan*, No. CV-16-00259-TUC-RM, 2019 WL
13 6170369, at *1-2 (D. Ariz. Nov. 20, 2019).  Accordingly, it is hereby stipulated
14 between Plaintiff and Defendants, by and through their respective counsel, that Mr.
15 Holtzclaw should be granted leave to amend to file his Second Amended Complaint,
16 which is attached as **Exhibit A** to this Motion.

17 Respectfully submitted August 23, 2023,

*/s/ Douglas R. Rands*  
Douglas R. Rands  
Senior Deputy Attorney General  
Attorney for Defendants

Rene L. Valladares  
Federal Public Defender  
*/s/ Kimberly Sandberg*  
Kimberly Sandberg  
Assistant Federal Public Defender

IT IS SO ORDERED:

_____  
United States District Judge

Dated: August 24, 2023

2