Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Kimberly_Sandberg@fd.org

*Attorney for Plaintiff Bryan Holtzclaw

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Holtzclaw, <br><br> Plaintiff, <br><br> v. <br><br> Romeo Aranas in his individual capacity; Gregory Bryan in his individual capacity; Bob Faulkner in his individual capacity; Monique Hubbard-Pickett in her individual capacity; Georges-Pele Taino in his individual capacity; Nonilon Peret in her individual capacity; Gregory Martin in his individual capacity; Michael Minev in his individual capacity <br><br> Defendants. | Case No. 2:19-cv-00041-RFB-NJK <br><br> **Order to extend deadlines** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF 131) and respectfully request the Court approve the proposed schedule: the parties stipulate that counsels for Plaintiff and Defendants shall have an additional 30 days, or until October 23,

2023, to serve written discovery and deposition notices. Responses to written discovery will be due 30 days after the written discovery is received by the parties. This is the first stipulation for the extension of these deadlines. This request is submitted at least twenty-one (21) days or more before the close of discovery (January 22, 2024), is made in good faith, and is supported by good cause.

Holtzclaw initiated the current matter by filing a Complaint on or about January 4, 2019.[1] This Court appointed the Federal Public Defender as counsel for Holtzclaw on April 12, 2023.[2] Attorney Sandberg filed a notice of appearance on May 12, 2023,[3] and Attorney Norwood entered an appearance on August 24, 2023,[4] substituting for Attorney Richter.

Plaintiff's counsel are preparing written discovery requests which will soon be served on Defendants. Plaintiff believes the responses to these requests may inform whether further requests or depositions are necessary in this case. The parties would accordingly request that the Court modify the discovery order so that (a) responses to discovery requests are due 30 days after service and (b) the deadlines for providing written discovery and noticing depositions are extended until Oct 23, 2023.

The additional discovery that needs to be completed included: the parties need to exchange and respond to interrogatories and/or admissions; the parties need to schedule and conduct depositions. It is anticipated that following depositions, discovery will be completed.

---

[1] ECF No. 16.
[2] ECF No. 124.
[3] ECF No. 125.
[4] ECF No. 134.

Therefore, the parties stipulate and request that the date for Plaintiff and Defendants to serve written discovery is extended an additional 30 days, until October 23, 2023, and the deadline to respond to written discovery is 30 days after a party receives written discovery.

It is so stipulated.

Dated September 13, 2023.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| /s/ Douglas Rands.<br>Douglas Rands<br>Deputy Attorney General | /s/ Ryan Norwood<br>Ryan Norwood<br>Assistant Federal Public Defender |
| Attorney for Defendants | /s/ Kimberly Sandberg<br>Kimberly Sandberg<br>Assistant Federal Public Defender |
| | Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: September 14, 2023