UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HOLTZCLAW,<br><br>    Plaintiff,<br><br>v.<br><br>ADAM LAXALT, et al.,<br><br>    Defendants. | Case No. 2:19-cv-00041-RFB-NJK<br><br>**Order**<br><br>[Docket No. 138] |

On September 18, 2023, Defendants provided notice to the Court that Defendant Gregory Martin died on November 12, 2023. *See* Docket No. 138 at 1.

Rule 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1); *Hilao v. Estate of Marcos*, 103 F.3d 762, 765 (9th Cir. 1996) ("The substituted party steps into the same position as the original party"). A motion to substitute a deceased party "may be made by any party or by the decedent's successor or representative." *Id*. The motion must be made "within 90 days after service of a statement noting the death, [or] the action by or against the decedent must be dismissed." *Id*.

Accordingly, the parties are **ORDERED** to file a motion to substitute Defendant Gregory Martin no later than December 18, 2023, or the action against the decedent will be dismissed.

IT IS SO ORDERED.

Dated: September 19, 2023

                                                      Nancy J. Koppe<br>                                                      United States Magistrate Judge